UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT PAUL BOURGEOIS | CIVIL ACTION |
| VERSUS | NO. 21-1359 |
| LAFOURCHE PARISH | SECTION M (5) |

## ORDER

Having considered the complaint, the record, the applicable law, the Report and Recommendation ("R&R") of the United States Magistrate Judge (R. Doc. 6), and the failure of any party to file an objection to the R&R, the Court hereby approves the R&R and adopts it as its opinion in this matter. Therefore,

IT IS ORDERED that plaintiff Robert Paul Bourgeois' 42 U.S.C. §1983 suit against defendant Lafourche Parish is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 15th day of October, 2021.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE